FILED UNDER SEAL PURSUANT TO PROTECTIVE ORDER

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| UNILOC 2017 LLC,<br><br>　　　Plaintiff,<br><br>v.<br><br>GOOGLE LLC,<br><br>　　　Defendant. | Civil Action Nos. 2:18-cv-00491, 492, 493, 496, 497, 499, 501, 502, 503, 504-JRG<br><br>**FILED UNDER SEAL PURSUANT TO PROTECTIVE ORDER**<br><br>**JURY TRIAL DEMANDED** |

## GOOGLE LLC'S UNOPPOSED MOTION FOR LEAVE TO FILE A SUPPLEMENTAL STATEMENT OF CONFIRMED WITNESSES IN CONNECTION WITH GOOGLE LLC'S MOTIONS TO TRANSFER

In its Motions To Transfer Venue To The Northern District Of California Under 28 U.S.C. § 1404 ("Google's Motions to Transfer"), Google explained how the locations and convenience of relevant witnesses, among a host of other factors, strongly favored transfer of these cases to the Northern District of California. (492 Dkt. No. 61, at 2–3.)[1] In its Responses in Opposition to Google's Motions to Transfer, Uniloc asserted that Google's identification of numerous relevant witnesses in or near the Northern District of California was "merely a bald and self-serving assertion by Google" that would be belied by the actual discovery record in the case. (492 Dkt. No. 148, at 12.)

Now that fact discovery is coming to a close and all witnesses who have been, or will be, deposed are known, it is clear that Google's prior identification of relevant witnesses (and their locations) was fully accurate, and that Uniloc's early effort to dismiss Google's witness identifications, and the convenience of relevant witnesses, was misguided. Indeed, it is now established that 13 of the 14 Google witnesses who were deposed in November and December 2019 were located in the Northern District of California; and at least 25 of the 27 Google witnesses who will be deposed in these cases (and other witnesses who may be brought to trial) are similarly located in the Northern District of California.[2] The remaining two are on the West Coast– ███ ███████████████. None are in Texas. In addition, two potential Uniloc witnesses also are located in or close to the Northern District of California–█████████████████ ████████████████████████████████████████████████████████ █████████████.

---

[1] Though this Supplemental Statement cites to pleadings in the 492 case, substantially similar pleadings were filed in each of the captioned cases.
[2] No witness who has been, or will be deposed, is located within 100 miles of the Eastern District of Texas.

The current COVID-19 pandemic highlights and significantly augments the importance of witness location and convenience in the transfer analysis. Various shelter-in-place and stay-at-home orders issued across the country, travel restrictions, quarantine orders, family obligations and health and safety concerns make it difficult, if not impossible, for witnesses located in Northern California to travel to East Texas (by plane or train). Such witnesses are much more likely to be able to drive to a Northern District of California courthouse to testify for a day than they are to be able to travel to East Texas for many days. If these cases proceed in the Northern District of California, Google witnesses will more likely be able to testify live at trial. ▉

▉

▉

▉

▉.

Accordingly, given the importance of witness convenience to the transfer analysis – under both governing Federal Circuit precedent, *In re Genentech*, 566 F.3d 1338, 1343 (Fed. Cir. 2009), and under the Fifth Circuit's 100-mile rule, *In re Volkswagen AG* ("*Volkswagen I*"), 371 F.3d 201, 204-05 (5th Cir. 2004) (per curiam) – Google seeks leave to file the attached Statement of Confirmed Witnesses In Connection With Google's Motions To Transfer (Exhibit 1 hereto), so that the record is clear as to the identity and location of the now-established Google and Uniloc deposition witnesses in the captioned cases.

---

[3] To be clear, if trials occur in Texas, both sides' witnesses will be traveling from jurisdictions ▉ that presently have their own government orders and/or that will subject the witnesses to two-week quarantines in Texas prior to trial (as per Texas' current quarantine order).

Plaintiff's counsel is unopposed to the filing of this Motion for Leave to File A Supplemental Statement of Confirmed Witnesses In Connection with Google's Motion to Transfer.

Dated: May 19, 2020    Respectfully submitted by:

*/s/ Tharan G. Lanier, with permission by Michael E. Jones*
Michael C. Hendershot
Tharan G. Lanier
JONES DAY
1755 Embarcadero Road
Palo Alto, CA 94303
Tel: (650) 739-3940
Fax: (650) 739-3900
mhendershot@jonesday.com
tglanier@jonesday.com

Tracy A. Stitt
tastitt@jonesday.com
JONES DAY
51 Louisiana Avenue NW
Washington, DC 20001
Telephone: (202) 879-3641

Sanjiv P. Laud
JONES DAY
90 South Seventh Street
Suite 4950
Minneapolis, MN 55402
Telephone: (612) 217-8879
slaud@jonesday.com

John D. Kinton (Calif. State Bar No. 203250)
JONES DAY
4655 Executive Drive
Suite 1500
San Diego, CA 92121
Telephone: 858.314.1190
Facsimile: 844.345.3178
Email: jkinton@jonesday.com

Michael E. Jones
State Bar No. 10929400
mikejones@potterminton.com
E. Glenn Thames, Jr.
State Bar No.00785097
glennthames@potterminton.com
Patrick C. Clutter
State Bar No. 24036374
patrickclutter@potterminton.com
POTTER MINTON, P.C.
110 N. College Ave., Suite 500
Tyler, Texas 75702
Tel: (903) 597-8311
Fax: (903) 593-0846

**Attorneys for Defendants Google LLC**
**2:18-cv-499**

*/s/ Robert Unikel, with permission by*
*Michael E. Jones*
Robert Unikel
Direct: 312-499-6030
robertunikel@paulhastings.com
Michelle Marek Figueiredo (IL Bar #6297112)
michellemarek@paulhastings.com
Matthew Richard Lind (IL Bar #6327241)
mattlind@paulhastings.com
John A. Cotiguala (IL Bar #6311056)
johncotiguala@paulhastings.com
PAUL HASTINGS LLP
71 South Wacker Dr., 45th Floor
Chicago, IL 60606
Main: 312-499-6000
Facsimile: (312) 499-6100

Elizabeth Louise Brann (CA Bar #222873)
elizabethbrann@paulhastings.com
Ariell Nicole Bratton (CA Bar #317587)
ariellbratton@paulhastings.com
PAUL HASTINGS LLP
4747 Executive Drive, 12th Floor
San Diego, CA 92121
Telephone: (858) 458-3000
 Facsimile: (858) 458-3005

Robert Laurenzi (NY Bar #3024676)

robertlaurenzi@paulhastings.com
PAUL HASTINGS LLP
200 Park Avenue, 26th Floor
New York, NY 10166
Telephone: (212) 318-6000
Facsimile: (212) 318-6100

Michael E. Jones
State Bar No. 10929400
mikejones@potterminton.com
E. Glenn Thames, Jr.
State Bar No.00785097
glennthames@potterminton.com
Patrick C. Clutter
State Bar No. 24036374
patrickclutter@potterminton.com
POTTER MINTON, P.C.
110 N. College Ave., Suite 500
Tyler, Texas 75702
Tel: (903) 597-8311
Fax: (903) 593-0846

**Attorneys for Defendants Google LLC**
**2:18-cv-491**
**2:18-cv-492**
**2:18-cv-497**

*/s/ Tharan G. Lanier, with permission by*
*Michael E. Jones*
Michael C. Hendershot
Tharan G. Lanier
JONES DAY
1755 Embarcadero Road
Palo Alto, CA 94303
Tel: (650) 739-3940
Fax: (650) 739-3900
mhendershot@jonesday.com
tglanier@jonesday.com

Sasha Mayergoyz
smayergoyz@jonesday.com
JONES DAY
77 W. Wacker Drive
Chicago, IL 60601
Telephone: (312) 782-3939

Michael E. Jones
State Bar No. 10929400
mikejones@potterminton.com
E. Glenn Thames, Jr.
State Bar No.00785097
glennthames@potterminton.com
Patrick C. Clutter
State Bar No. 24036374
patrickclutter@potterminton.com
POTTER MINTON, P.C.
110 N. College Ave., Suite 500
Tyler, Texas 75702
Tel: (903) 597-8311
Fax: (903) 593-0846

**Attorneys for Defendants Google LLC**
**2:18-cv-493**


*/s/ Michael E. Berta, with permission*
*by Michael E. Jones*
Michael A. Berta
(California Bar No. 194650)
Michael.berta@arnoldporter.com
Arnold & Porter
10th Floor
Three Embarcadero Center
San Francisco, CA 94111-4024
Tel: 415-471-3100
Fax: 415-471-3400

David Caine (California Bar No. 218074)
David.Caine@arnoldporter.com
Telephone: (650) 319-4710
Bonnie Phan (California Bar No. 305574)
Bonnie.Phan@arnoldporter.com
Telephone: (650) 319-4543
Michael Nguyen
michael.nguyen@arnoldporter.com
Tel: (650) 319-4718
ARNOLD & PORTER KAYE SCHOLER LLP
3000 El Camino Real
Five Palo Alto Square, Suite 500
Palo Alto, CA 94306-3807

Nicholas Lee (California Bar No. 259588)
Nicholas.Lee@arnoldporter.com
ARNOLD & PORTER KAYE SCHOLER LLP
777 South Figueroa Street
44th Floor
Los Angeles, CA 90017-5844
Telephone: (213) 243-4156

Nicholas Nyemah (DC Bar No. 1005926)
Nicholas.Nyemah@arnoldporter.com
Telephone: (202) 942-6681
Paul Margulies (DC Bar No. 1000297)
Paul.Margulies@arnoldporter.com
Telephone: (202) 942-6990
ARNOLD & PORTER KAYE SCHOLER LLP
601 Massachusetts Ave., NW
Washington, DC 20001-3743

Mark Samartino (Illinois No. 6313889)
Mark.Samartino@arnoldporter.com
ARNOLD & PORTER KAYE SCHOLER LLP
70 West Madison Street
Suite 4200
Chicago, IL 60602-4321
Telephone: (312) 583-2437

Michael E. Jones
State Bar No. 10929400
mikejones@potterminton.com
E. Glenn Thames, Jr.
State Bar No.00785097
glennthames@potterminton.com
Patrick C. Clutter
State Bar No. 24036374
patrickclutter@potterminton.com
POTTER MINTON, P.C.
110 N. College Ave., Suite 500
Tyler, Texas 75702
Tel: (903) 597-8311
Fax: (903) 593-0846

**Attorneys for Defendant Google LLC**
**2:18-cv-496**
**2:18-cv-503**
**2:18-cv-504**

/s/ *Joseph Drayton, with permission by Michael E. Jones*
Joseph Drayton
NY Bar No. 2875318
COOLEY LLP
55 Hudson Yards
New York, NY 10001-2157
Tel: 212-479-6275
Fax: 212-479-6275
Email: jdrayton@cooley.com

Priya B. Viswanath
CA Bar No. 238089
COOLEY LLP
3175 Hanover Street
Palo Alto, CA 94304-1130
Tel: 650-843-5000
Fax: 650-849-7400
Email: pviswanath@cooley.com

Rose S. Whelan
DC Bar No. 999367
Elizabeth Cannon Shrieves
VA Bar No. 93768
Naina Soni
DC Bar No. 888219022
COOLEY LLP
1299 Pennsylvania Avenue NW
Suite 700
Washington DC 20004-2400
Tel: 202-842-7800
Fax: 202-842-7899
rwhelan@cooley.com
eshrieves@cooley.com
nsoni@cooley.com

Michael C. Hendershot
Tharan G. Lanier
JONES DAY
1755 Embarcadero Road
Palo Alto, CA 94303
Tel: (650) 739-3940
Fax: (650) 739-3900
mhendershot@jonesday.com
tglanier@jonesday.com

Tracy A. Stitt
tastitt@jonesday.com
JONES DAY
51 Louisiana Avenue NW
Washington, DC 20001
Telephone: (202) 879-3641

Sasha Mayergoyz
smayergoyz@jonesday.com
JONES DAY
77 W. Wacker Drive
Chicago, IL 60601
Telephone: (312) 782-3939

Michael E. Jones
State Bar No. 10929400
mikejones@potterminton.com
E. Glenn Thames, Jr.
State Bar No.00785097
glennthames@potterminton.com
Patrick C. Clutter
State Bar No. 24036374
patrickclutter@potterminton.com
POTTER MINTON, P.C.
110 N. College Ave., Suite 500
Tyler, Texas 75702
Tel: (903) 597-8311
Fax: (903) 593-0846

**Attorneys for Defendants Google LLC
2:18-cv-502**

## CERTIFICATE OF SERVICE

I hereby certify that all counsel of record who have consented to electronic service are being served with a copy of this document via electronic mail on May 19, 2020.

I also hereby certify that all counsel of record who have consented to electronic service are being served with a notice of filing of this document, under seal, pursuant to L.R. CV-5(a)(7) on May 19, 2020.

*/s/ Michael E. Jones*

10

## CERTIFICATE OF AUTHORIZATION TO FILE UNDER SEAL

I hereby certify that the foregoing document and all supporting declarations and exhibits thereto are being filed under seal pursuant to the terms of the Protective Order.

/s/Michael E. Jones