# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| UNILOC 2017 LLC,<br><br>Plaintiff,<br><br>v.<br><br>GOOGLE LLC,<br><br>Defendant. | Civil Action Nos. 2:18-cv-00491, -492, -493, -496, -497, -499, -502, -503, -504, -548, -550, -551, -552, -553-JRG<br><br>**JURY TRIAL DEMANDED** |

## DEFENDANT'S REQUEST FOR RULING ON DEFENDANT'S MOTIONS TO DISMISS AND MOTIONS TO TRANSFER

Defendant Google LLC requests a ruling, respectfully, on its Renewed Motions to Dismiss for Lack of Standing and Improper Venue and Renewed Motions to Transfer Venue to the Northern District of California Under 28 U.S.C. § 1404, filed just over seven months ago, on October 18, 2019.[1,2] (-00491 Case, Dkt. 106, 107; -00492 Case, Dkt. 102, 103; -00493 Case,

---

[1] Google initially filed its Motion to Dismiss for Lack of Standing and Improper Venue in April and May, 2019 in Case Nos. -00491 through -00504, and June 2019 in Case Nos. -00548 through -00553, and its Motion to Transfer on June 28, 2019. (-00491 Case, Dkt. 17, 62; -00492 Case, Dkt. 17, 61; -00493 Case, Dkt. 17, 50; -00496 Case, Dkt. 20, 60; -00497 Case, Dkt. 18, 59; -00499 Case, Dkt. 18, 55; -00502 Case, Dkt. 21, 54; -00503 Case, Dkt. 20, 57; -00504 Case, Dkt. 20, 56; -00548 Case, Dkt. 24, 28; -00550 Case, Dkt. 23, 27; -00551 Case, Dkt. 23, 28; -00552 Case, Dkt. 18, 22; -00553 Case, Dkt. 21.) These motions were vacated and renewed motions filed. The briefing for the Renewed Motions to Dismiss have been complete since November, 2019 (except for the -00497 case, where briefing was completed in early December, 2019) and the Renewed Motions to Transfer have been complete since January, 2020.

[2] Plaintiff Uniloc 2017 LLC declined to join Defendant's Request.

Dkt. 106, 107; -00496 Case, Dkt. 102, 103; -00497 Case, Dkt. 105, 106; -00499 Case, Dkt. 100, 101; -00502 Case, Dkt. 96, 97; -00503 Case, Dkt. 99, 100; -00504 Case, Dkt. 94, 95 ("Wave 1 Cases"); -00548 Case, Dkt. 78, 79; -00550 Case, Dkt. 71, 72; -00551 Case, Dkt. 70, 71; -00552 Case, Dkt. 71, 72; -00553 Case, Dkt. 71, 72 ("Wave 2 Cases").)

The parties are embarking on significant deposition discovery, expert reports and trial preparation efforts for the Wave 1 Cases, pursuant to the Court's guidance during the May 15, 2020 hearing regarding grouping and prioritizing those cases for trial and completing discovery in those cases in short order, with trial potentially beginning September 2020. In addition, various discovery and other motions remain pending in the Wave 1 Cases. Further, the current stay in the Wave 2 cases expired on May 19, 2020, and the parties will need to resume Markman, discovery, motion practice, expert reports and trial preparation in those cases if the stay is not extended pursuant to the parties' May 19, 2020 Joint Notice. (*See, e.g.*, -00552 Case, Dkt. 160.) Google appreciates and understands that the Court has a very busy docket. However, given the advancing stage of the cases and the pending, and soon forthcoming, issues to be decided by the Court in these cases, resolution of Google's motions is now particularly important. *In re Google Inc.*, No. 2015-138, 2015 WL 5294800, at *1 (Fed. Cir. July 16, 2015) (stressing "'the importance of addressing motions to transfer at the outset of litigation.'" (quoting *In re Nintendo Co.*, 544 F. App'x 934, 941 (Fed. Cir. 2013))). Further, on May 15, 2020, the Federal Circuit issued an Order Denying the Petition for Rehearing and Rehearing *En Banc* in *In re Google LLC*, No. 19-00126.

Accordingly, Google respectfully requests a ruling on its motions to dismiss and its motions to transfer.

| | |
|---|---|
| Date: May 26, 2020 | */s/ Tharan G. Lanier, with permission by* <u>*Michael E. Jones*</u> |

Michael C. Hendersho
Tharan G. Lanier
JONES DAY
1755 Embarcadero Road
Palo Alto, CA 94303
Tel: (650) 739-3940
Fax: (650) 739-3900
mhendershot@jonesday.com
tglanier@jonesday.com

Tracy A. Stitt
tastitt@jonesday.com
JONES DAY
51 Louisiana Avenue NW
Washington, DC 20001
Telephone: (202) 879-3641

Sanjiv P. Laud
JONES DAY
90 South Seventh Street
Suite 4950
Minneapolis, MN 55402
Telephone: (612) 217-8879
slaud@jonesday.com

John D. Kinton (Calif. State Bar No. 203250)
JONES DAY
4655 Executive Drive
Suite 1500
San Diego, CA 92121
Telephone: 858.314.1190
Facsimile: 844.345.3178
Email: jkinton@jonesday.com

Michael E. Jones
State Bar No. 10929400
mikejones@potterminton.com
E. Glenn Thames, Jr.
State Bar No.00785097
glennthames@potterminton.com
Patrick C. Clutter
State Bar No. 24036374
patrickclutter@potterminton.com
POTTER MINTON, P.C.
110 N. College Ave., Suite 500
Tyler, Texas 75702

Tel: (903) 597-8311
Fax: (903) 593-0846

**Attorneys for Defendants Google LLC**
**2:18-cv-499; 2:18-cv-552**


*/s/ Robert Unikel, with permission by Michael E. Jones*
Robert Unikel
robertunikel@paulhastings.com
Michelle Marek Figueiredo (IL Bar #6297112)
michellemarek@paulhastings.com
Matthew Richard Lind (IL Bar #6327241)
mattlind@paulhastings.com
John A. Cotiguala (IL Bar #6311056)
johncotiguala@paulhastings.com
PAUL HASTINGS LLP
71 South Wacker Dr., 45th Floor
Chicago, IL 60606
Main: 312-499-6000
Facsimile: (312) 499-6100

Elizabeth Louise Brann (CA Bar #222873)
elizabethbrann@paulhastings.com
Ariell Nicole Bratton (CA Bar #317587)
ariellbratton@paulhastings.com
PAUL HASTINGS LLP
4747 Executive Drive, 12th Floor
San Diego, CA 92121
Telephone: (858) 458-3000
 Facsimile: (858) 458-3005

Robert Laurenzi (NY Bar #3024676)
robertlaurenzi@paulhastings.com
PAUL HASTINGS LLP
200 Park Avenue, 26th Floor
New York, NY 10166
Telephone: (212) 318-6000
Facsimile: (212) 318-6100

Christopher W. Kennerly (TX Bar #795077)
PAUL HASTINGS LLP
1117 South California Avenue
Palo Alto, CA 94304
Tel: 650-320-1800
Fax: 650-320-1900
chriskennerly@paulhastings.com

Grant N. Margeson
PAUL HASTINGS LLP

101 California Street
Forty-Eighth Floor
San Francisco, CA 94111
Tel: 415-856-7000
Fax: 415-856-7100
grantmargeson@paulhastings.com

Michael E. Jones
State Bar No. 10929400
mikejones@potterminton.com
E. Glenn Thames, Jr.
State Bar No.00785097
glennthames@potterminton.com
Patrick C. Clutter
State Bar No. 24036374
patrickclutter@potterminton.com
POTTER MINTON, P.C.
110 N. College Ave., Suite 500
Tyler, Texas 75702
Tel: (903) 597-8311
Fax: (903) 593-0846

**Attorneys for Defendants Google LLC**
**2:18-cv-491; 2:18-cv-492; 2:18-cv-497; 2:18-cv-550;**
**2:18-cv-551**

*/s/ Michael C. Hendershot, with permission by*
*Michael E. Jones*
Michael C. Hendershot
Tharan G. Lanier
JONES DAY
1755 Embarcadero Road
Palo Alto, CA 94303
Tel: (650) 739-3940
Fax: (650) 739-3900
mhendershot@jonesday.com
tglanier@jonesday.com

Sasha Mayergoyz
smayergoyz@jonesday.com
JONES DAY
77 W. Wacker Drive
Chicago, IL 60601
Telephone: (312) 782-3939

Michael E. Jones
State Bar No. 10929400
mikejones@potterminton.com

E. Glenn Thames, Jr.
State Bar No.00785097
glennthames@potterminton.com
Patrick C. Clutter
State Bar No. 24036374
patrickclutter@potterminton.com
POTTER MINTON, P.C.
110 N. College Ave., Suite 500
Tyler, Texas 75702
Tel: (903) 597-8311
Fax: (903) 593-0846

**Attorneys for Defendants Google LLC 2:18-cv-493**

*/s/ Michael A. Berta, with permission by Michael E. Jones*
Michael A. Berta
(California Bar No. 194650)
Michael.berta@arnoldporter.com
Arnold & Porter, 10th Floor
Three Embarcadero Center
San Francisco, CA 94111-4024
Tel: 415-471-3100
Fax: 415-471-3400

David Caine (California Bar No. 218074)
David.Caine@arnoldporter.com
Telephone: (650) 319-4710
Bonnie Phan (California Bar No. 305574)
Bonnie.Phan@arnoldporter.com
Telephone: (650) 319-4543
Michael Nguyen
michael.nguyen@arnoldporter.com
Telephone: (650) 319-4718
ARNOLD & PORTER KAYE SCHOLER LLP
3000 El Camino Real
Five Palo Alto Square, Suite 500
Palo Alto, CA 94306-3807

Nicholas Lee (California Bar No. 259588)
Nicholas.Lee@arnoldporter.com
ARNOLD & PORTER KAYE SCHOLER LLP
777 South Figueroa Street
44th Floor
Los Angeles, CA 90017-5844
Telephone: (213) 243-4156

Nicholas Nyemah (DC Bar No. 1005926)
Nicholas.Nyemah@arnoldporter.com
Telephone: (202) 942-6681
Paul Margulies (DC Bar No. 1000297)
Paul.Margulies@arnoldporter.com
Telephone: (202) 942-6990
ARNOLD & PORTER KAYE SCHOLER LLP
601 Massachusetts Ave., NW
Washington, DC 20001-3743

Mark Samartino (Illinois No. 6313889)
Mark.Samartino@arnoldporter.com
ARNOLD & PORTER KAYE SCHOLER LLP
70 West Madison Street
Suite 4200
Chicago, IL 60602-4321
Telephone: (312) 583-2437

Michael E. Jones
State Bar No. 10929400
mikejones@potterminton.com
E. Glenn Thames, Jr.
State Bar No.00785097
glennthames@potterminton.com
Patrick C. Clutter
State Bar No. 24036374
patrickclutter@potterminton.com
POTTER MINTON, P.C.
110 N. College Ave., Suite 500
Tyler, Texas 75702
Tel: (903) 597-8311
Fax: (903) 593-0846

**Attorneys for Defendant Google LLC**
**2:18-cv-496; 2:18-cv-503; 2:18-cv-504; 2:18-cv-548**

/s/ *Joseph Drayton, with permission by Michael E. Jones*
Joseph Drayton
NY Bar No. 2875318
COOLEY LLP
55 Hudson Yards
New York, NY 10001-2157
Tel:  212-479-6275
Fax:  212-479-6275

Email: jdrayton@cooley.com

Priya B. Viswanath
CA Bar No. 238089
COOLEY LLP
3175 Hanover Street
Palo Alto, CA  94304-1130
Tel:  650-843-5000
Fax:  650-849-7400
Email:  pviswanath@cooley.com

Rose S. Whelan
DC Bar No. 999367
Elizabeth Cannon Shrieves
VA Bar No. 93768
Naina Soni
DC Bar No. 888219022
COOLEY LLP
1299 Pennsylvania Avenue NW
Suite 700
Washington DC  20004-2400
Tel:  202-842-7800
Fax:  202-842-7899
Email:  rwhelan@cooley.com
Email: eshrieves@cooley.com
Email: nsoni@cooley.com

Michael C. Hendershot
Tharan G. Lanier
JONES DAY
1755 Embarcadero Road
Palo Alto, CA 94303
Tel: (650) 739-3940
Fax: (650) 739-3900
mhendershot@jonesday.com
tglanier@jonesday.com

Tracy A. Stitt
tastitt@jonesday.com
JONES DAY
51 Louisiana Avenue NW
Washington, DC 20001
Telephone: (202) 879-3641

Sasha Mayergoyz
smayergoyz@jonesday.com
JONES DAY
77 W. Wacker Drive
Chicago, IL 60601
Telephone: (312) 782-3939

Michael E. Jones
State Bar No. 10929400
mikejones@potterminton.com
E. Glenn Thames, Jr.
State Bar No.00785097
glennthames@potterminton.com
Patrick C. Clutter
State Bar No. 24036374
patrickclutter@potterminton.com
POTTER MINTON, P.C.
110 N. College Ave., Suite 500
Tyler, Texas 75702
Tel: (903) 597-8311
Fax: (903) 593-0846

**Attorneys for Defendants Google LLC 2:18-cv-502**

*/s/ David Perlson, with permission by Michael E. Jones*
David Perlson
davidperlson@quinnemanuel.com
Charles K. Verhoeven
charlesverhoeven@quinnemanuel.com
Jonathan Tse
 jonathantse@quinnemanuel.com
David Doak
daviddoak@quinnemanuel.com
Antonio Sistos
antoniosistos@quinnemanuel.com
Quinn Emanuel Urquhart & Sullivan, LLP
50 California St., 22nd Floor
San Francisco, CA 94111
Tel: 415-875-6344
Fax: 415-875-6700

Deepa Acharya
deepaacharya@quinnemanuel.com
Quinn Emanuel Urquhart & Sullivan, LLP
1300 I Street NW, Suite 900 20005
Washington, D.C. 20005-4107
Tel: 202-538-8107
Fax:  202-538-8100

Michael E. Jones
State Bar No. 10929400
mikejones@potterminton.com
Earl Glenn Thames, Jr.

9

State Bar No.00785097
glennthames@potterminton.com
Patrick C. Clutter
State Bar No. 24036374
patrickclutter@potterminton.com
POTTER MINTON, P.C.
110 N. College Ave., Suite 500
Tyler, Texas 75702
Tel: (903) 597-8311
Fax: (903) 593-0846

Joseph Drayton
NY Bar No. 2875318
COOLEY LLP
55 Hudson Yards
New York, NY 10001-2157
Tel:  212-479-6275
Fax:  212-479-6275
Email:  jdrayton@cooley.com

**Attorneys for Defendants Google LLC
2:18-cv-553**